# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAY EUGENE CALDWELL and ) <br> ALL OUT SEWER AND DRAIN ) <br> SERVICE, INC., ) <br> ) <br> Defendants. ) | NO. CR13-5308BHS <br><br> ORDER <br> Re: GOVERNMENT'S <br> MOTION IN LIMINE |

The United States has moved in limine to exclude evidence and argument that (1) the Defendant did not know the legal requirements of the Clean Water Act; (2) the Defendant had a good faith belief that he was complying with the law; (3) there was insufficient actual environmental harm; and (4) the discharge was *de minimis*.

The Court, having received and reviewed the motion and arguments included therein, makes the following ruling:

IT IS ORDERED that the Defendants are prohibited from introducing any evidence or arguing that (1) the Defendant did not know the legal requirements of the Clean Water Act; (2) the Defendant had a good faith belief that he was complying with the law; (3) there was insufficient actual environmental harm; and (4) the discharge was *de minimis*.

ORDER RE: GOVERNMENT'S
MOTION IN LIMINE  1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Such evidence is not relevant to any of the elements the government must prove at trial, or defenses that could be raised, and would lead to undue delay and confusion. This order does not preclude the defense from raising a mistake-of-fact defense.

DATED this 22nd day of August, 2013.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ James D. Oesterle*
JAMES D. OESTERLE
Assistant United States Attorney
WSBA #16399
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-5040
Facsimile: (206) 553-2502
E-Mail: jim.oesterle@usdoj.gov

ORDER RE: GOVERNMENT'S
MOTION IN LIMINE  2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970