# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>RAY EUGENE CALDWELL,<br><br>       Defendant. | Case No.: CR13-5308BHS<br><br>AGREED ORDER POSTPONING TRIAL UNTIL WEDNESDAY, OCTOBER 9, 2013 |

Before this Court is a stipulated motion to postpone the trial in the above captioned matter to Wednesday, October 9, 2013. The government stipulating to said postponement, the Court finds, after a consideration of all relevant information and the circumstances of this case, that without this postponement the defendant will be prejudiced and the ability to properly prepare for trial would be impaired. Failure to grant a postponement under these circumstances would result in a miscarriage of justice. The ends of justice would best be served by the granting of the motion for postponement. The ends of justice outweigh the best interests of the public and the defendant in having the matter continue sooner. For these reasons, the Court finds the stipulated motion for postponement should be granted. The trial is hereby postponed. Trial shall resume on Wednesday, October 9, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DONE COURT this 30th day of September, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

AGREED ORDER POSTPONING TRIAL - 1

HESTER LAW GROUP, INC., P.S.
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-2157/Fax: (253) 572-1441

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Defendant

*/s/ Wayne C. Fricke*

By: _____
    Wayne C. Fricke
    WSB #16550

U.S. ATTORNEY'S OFFICE

*Approved Via E-Mail: 9/30/2013*

By: _____
    James D. Oesterle
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on September 30th, 2013, I electronically filed the foregoing Agreed Order Postponing Trial with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James D. Oesterle
    Assistant U.S. Attorney
    700 Stewart Street, Suite 5220
    Seattle, WA 98101

I hereby certify that on September 30th, 2013, I e-mailed the Agreed Order Postponing Trial to the following:

    Ray E. Caldwell
    2446 Mulberry Ave.
    Longview, WA 98632

DATED this 30th day of September, 2013.

                                */s/ Sarah M. Heckman*

                              _____
                              Sarah M. Heckman

AGREED ORDER POSTPONING TRIAL - 2          HESTER LAW GROUP, INC., P.S.
                                                                        1008 So. Yakima Ave., Suite 302
                                                                          Tacoma, WA 98405
                                                                  (253) 272-2157/Fax: (253) 572-1441